[No. 51658-2-I.   Division One.   January 20, 2004.]

ELIZABETH F. KINNEY, *Appellant*, v. THE SPACE NEEDLE
CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 99-2-09603-7, James A. Doerty, J., entered
October 1, 2001. *Reversed* by unpublished opinion per
Grosse, J., concurred in by Agid and Ellington, JJ. Now
published at 121 Wn. App. 242.

[No. 51812-7-I.   Division One.   January 20, 2004.]

BARBARA TORRES, *Individually and as Administrator*,
*Appellant*, v. THE CITY OF ANACORTES, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 95-2-01560-6, Joseph A. Thibodeau, J., entered
December 9, 2002. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Grosse, J.; Cox, A.C.J., concurs
separately.

[No. 51942-5-I.   Division One.   January 20, 2004.]

THE STATE OF WASHINGTON, *on the relation of S.L.M.*, ET AL.,
*Respondent*, v. SHEADRAH LEROY MANNING, *Respondent*,
JULLIANNE REBECCA BRUCE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-5-00308-0, Philip G. Hubbard, Jr., J., en-
tered February 7, 2003. *Reversed* by unpublished per
curiam opinion.

[No. 52114-4-I.   Division One.   January 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ABRAHAM K.
FELICIANO, *Appellant*.

Appeals from a judgment of the Superior Court for
Whatcom County, No. 02-1-01525-8, Michael F. Moynihan,
J., entered March 3, 2003. *Reversed* by unpublished per
curiam opinion.